# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

NANCY A. PROCTOR                                  CIVIL ACTION 05-0222

VERSUS                                            CHIEF JUDGE HAIK

COMMISSIONER OF SOCIAL
SECURITY                                          MAGISTRATE JUDGE HILL
*********************************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report

and Recommendation. After an independent review of the record and the applicable

jurisprudence, and noting the absence of objections, this Court concludes that the findings and

recommendations of the Magistrate Judge are correct and adopts the conclusions set forth

therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that the

Commissioner's decision is **AFFIRMED** and this case is **DISMISSED** with prejudice.


**THUS DONE AND SIGNED** on this the _____ day of _____, 2006.

_____
CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA